# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: | § | |
|---|---|---|
| | § | |
| SIERRA INTEGRATIVE MEDICAL CENTER - | § | Case No. 07-20340 |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GINA B. KROL, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
KENNETH S. GARDNER

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 09/14/2012 in Courtroom 4016,
DuPage County Courthouse
505 N. County Farm Rd.
Wheaton, IL 60187`
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/09/2012              By: KENNETH S. GARDNER
                                          Clerk of US Bankruptcy Court

*GINA B. KROL*
*105 WEST MADISON STREET*
*SUITE 1100*
*CHICAGO, IL 60602-0000*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
SIERRA INTEGRATIVE MEDICAL § Case No. 07-20340
CENTER -
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 49,139.85 |
| and approved disbursements of | $ | 363.43 |
| leaving a balance on hand of[1] | $ | 48,776.42 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: GINA B. KROL | $ 5,663.74 | $ 0.00 | $ 5,663.74 |
| Attorney for Trustee Fees: Cohen & Krol | $ 5,927.50 | $ 0.00 | $ 5,927.50 |
| Other: International Sureties Ltd. | $ 41.62 | $ 41.62 | $ 0.00 |
| Other: Cohen & Krol | $ 82.38 | $ 0.00 | $ 82.38 |
| Total to be paid for chapter 7 administrative expenses | | $ | 11,673.62 |
| Remaining Balance | | $ | 37,102.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 1,004.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003B | Illinois Department of Revenue Bankruptcy Section | $ 1,004.00 | $ 0.00 | $ 1,004.00 |
| | Total to be paid to priority creditors | | | $ 1,004.00 |
| | Remaining Balance | | | $ 36,098.80 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 25,461.63  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  100.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fedex Customer Infromation Serv | $ 4,680.48 | $ 0.00 | $ 4,680.48 |
| 000002 | Airgas, Inc. | $ 1,956.14 | $ 0.00 | $ 1,956.14 |
| 000003A | Illinois Department of Revenue Bankruptcy Section | $ 57.00 | $ 0.00 | $ 57.00 |
| 000004 | Ikon Financial Services | $ 10,051.45 | $ 0.00 | $ 10,051.45 |
| 000005 | Protection One | $ 281.04 | $ 0.00 | $ 281.04 |
| 000006 | Betty S. Go | $ 1,359.54 | $ 0.00 | $ 1,359.54 |
| 000007 | Neuroscience, Inc. | $ 6,593.00 | $ 0.00 | $ 6,593.00 |
| 000008 | Inter-Tel Netsolution | $ 482.98 | $ 0.00 | $ 482.98 |

|   | Total to be paid to timely general unsecured creditors | $ | 25,461.63 |
|---|---|---|---|
|   | Remaining Balance | $ | 10,637.17 |

Tardily filed claims of general (unsecured) creditors totaling $ 740,351.21  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 1.4 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | Bruce Fong, DO, PC | $ 740,351.21 | $ 0.00 | $ 10,637.17 |
|   | Total to be paid to tardy general unsecured creditors |  | $ | 10,637.17 |
|   | Remaining Balance |  | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/GINA B. KROL
Trustee

GINA B. KROL
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                          Case No. 07-20340-DRC
Sierra Integrative Medical Center - Chic                                        Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: nmolina              Page 1 of 3                Date Rcvd: Aug 10, 2012
                               Form ID: pdf006            Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2012.
```
db          +Sierra Integrative Medical Center - Chicago, LLC,    28373 Davis Parkway,
              Warrenville, IL 60555-1437
11718360    +ADP, Inc.,    100 Northwest Point Blvd.,    Elk Grove Village, IL 60007-1018
11718364   #+AT&T,    P.O. Box 8100,    Aurora, IL 60507-8100
11718365    +AT&T Mobility,    P.O. Box 6463,    Carol Stream, IL 60197-6463
11718361    +Airgas North Central,    5235 South 9th Avenue,    La Grange, IL 60525-3629
11718362    +Airgas, Inc.,    P.O. Box 2395,    Waterloo, IA 50704-2395
11778824    +Aurora Services Inc,    P O Box 744,    Shipshewana, IN 46565-0744
11718366   #+Betty S. Go,    35 Brookstone Drive,    Streamwood, IL 60107-2312
11718367    +Boulder Real Estate Investments, LL,    1733 RFD,    Long Grove, IL 60047-7310
11718368    +City of Warrenville,    3S258 Manning Ave.,    Warrenville, IL 60555-2912
11718371    +Diagnos-Techs, Inc.,    P.O. Box 389662,    Tukwila, WA 98138-9662
11718372     Direct TV, Inc.,    P.O. Box 5392,    Miami, FL 33152-5392
11718373    +Doctor's Data, Inc.,    3765 Illinois Ave.,    Saint Charles, IL 60174
11718374     FedEx,    P.O. Box 94515,    Palatine, IL 60094-4515
11763785    +Fedex Customer Infromation Serv,    Attn Revenue Recovery Bankruptcy,
              2005 Corporate Avenue 2nd Floor,    Memphis, TN 38132-1702
11718376    +Harish and Rain Bajaj,    c/o David M. Laz,    2110 Babst Court,    Lisle, IL 60532-2853
11718378     Hinckley Springs,    P.O. Box 680579,    Dallas, TX 75286-0579
11718377    +Hinckley Springs,    4170 Tanner Creek Dr.,    Flowery Branch, GA 30542-2839
11718379    +Hopewell Pharmacy,    1 West Broad St.,    Hopewell, NJ 08525-1999
11718380    +Igenex, Inc.,    795 San Antonio Road,    Palo Alto, CA 94303-4801
11718381     Ikon Financial Services,    Bankruptcy Administration,    P O Box 13708,    Macon, GA 31208-3708
11718382     Ikon Financial Services,    P.O. Box 650073,    Dallas, TX 75285-0073
13569951     Illinois Department of Revenue Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
11718385     Louis Capozzoli,    Law Offices of Louis Capozzoli,    1484 Miner Street,
              Des Plaines, IL 60016-4603
11718386    +Marberry Cleaners,    P.O. Box 4096,    Saint Charles, IL 60174-9081
11718388    +Meridian Valley Labotatory,    801 SW 16th Street, Suite 126,    Renton, WA 98057-2632
11718389    +Midwest Waste Services,    1924 E. 177th Street,    Lansing, IL 60438-1565
11718390    +Neuroscience, Inc.,    375 280th Street,    Osceola, WI 54020-4120
11718392     Protection One,    P.O. Box 5714,    Carol Stream, IL 60197-5714
13691362    +Protection One,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
11718393    +Quest Diagnostics,    P.O. Box 12989,    Chicago, IL 60693-0001
11718394    +Shine-Pro,    201 B Brompton Lane,    Sugar Grove, IL 60554-9490
11718395   #+Sierra Integrative Medical-Reno,    6512 S. McCarran Blvd, Suite E,    Reno, NV 89509-6141
19167553    +Sierra Integrative Medicine,Bruce K. Fong,DO,PC,    c/o Joel A Schechter,
              53 West Jackson Blvd Ste 1522,    Chicago, Il 60604-3761
11718396    +Tel Assist,    6417 West 87th Street, Suite 3,    Oak Lawn, IL 60453-1073
11718397    +Terry D. Slaw,    Alan H. Shifrin & Associates,    3315 Algonquin Road, Suite 202,
              Rolling Meadows, IL 60008-3248
11718398    +Tracie Cahn,    961 Serendipity Drive,    Aurora, IL 60504-4745
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
11718369    +E-mail/Text: legalcollections@comed.com Aug 11 2012 00:18:18     Commonwealth Edison,
              Bill Payment Center,    Chicago, IL 60668-0001
11718375    +E-mail/Text: inside_billing@gdx.net Aug 11 2012 00:20:58     Genova Diagnostics,    P.O. Box 3220,
              Ashville, NC 28802-3220
11718383    +E-mail/Text: bknotices@mitel.com Aug 11 2012 00:22:57     Inter-Tel Netsolution,
              Mitel NetSolutions,    c/o Legal Dept/Diana Cline,    7300 W. Boston St,    Chandler, AZ 85226-3229
11718391     E-mail/Text: bankrup@nicor.com Aug 11 2012 00:16:53     Nicor Gas,    P.O. Box 2020,
              Aurora, IL 60507-2020
11778826     E-mail/Text: bankruptcy@pb.com Aug 11 2012 00:18:19     Pitney Bowes Inc,    2225 American Drive,
              Neenah, WI 54956-1005
11778825     E-mail/Text: bankruptcy@pb.com Aug 11 2012 00:18:19     Pitney Bowes Inc,    P O Box 856390,
              Louisville, KY 40285-6390
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11718370*    Commonwealth Edison,    Bill Payment Center,    Chicago, IL 60668-0001
11718363   ##+Ann M. Lucchesi,    1211 Cottonwood Drive,    Aurora, IL 60506-6354
11718384   ##+Keane Insurance Group,    10777 Sunset Office Dr., Suite 200,    Saint Louis, MO 63127-1019
11718387   ##+Melissa Geiss,    1912 Nightsong Court,    #101,    Schaumburg, IL 60194-2194
                                                                                   TOTALS: 0, * 1, ## 3
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by file USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0752-1          User: nmolina              Page 2 of 3              Date Rcvd: Aug 10, 2012
                              Form ID: pdf006            Total Noticed: 43

              ***** BYPASSED RECIPIENTS (continued) *****
```

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 12, 2012**                    **Signature:**     _Joseph Speetjens_

```
District/off: 0752-1          User: nmolina              Page 3 of 3                  Date Rcvd: Aug 10, 2012
                              Form ID: pdf006            Total Noticed: 43
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2012 at the address(es) listed below:

        Daniel K Robin   on behalf of Creditor  Boulder Real Estate Investments, LLC danatlaw@aol.com
        Gina B Krol    gkrol@cohenandkrol.com,
        gkrol@ecf.epiqsystems.com;gkrol@cohenandkrol.com;jhazdra@cohenandkrol.com;pmchugh@cohenandkrol.com
        Gina B Krol   on behalf of Trustee Gina Krol gkrol@cohenandkrol.com,
        jhazdra@cohenandkrol.com;gkrol@cohenandkrol.com;pmchugh@cohenandkrol.com
        Joel A Schechter   on behalf of Debtor  Sierra Integrative Medical Center - Chicago, LLC
        joelschechter@covad.net
        Joseph E Cohen   on behalf of Trustee Gina Krol jcohen@cohenandkrol.com,
        jcohenattorney@aol.com;jhazdra@cohenandkrol.com
        Karen J Porter   on behalf of Creditor  Banc of America Leasing & Capital, LLC. kjplawnet@aol.com,
        kjplawnet@aol.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                                  TOTAL: 7