UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
 §
SIERRA INTEGRATIVE MEDICAL § Case No. 07-20340
CENTER -
 §
    Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    GINA B. KROL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter    on     . The case was pending for    months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/GINA B. KROL_____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GINA B. KROL | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| INTERNATIONAL SURETIES LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| COHEN & KROL | | | | | |
| COHEN & KROL | | | | | |
| GINA B. KROL | | | | | |
| GINA B. KROL | | | | | |
| COHEN & KROL | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ann Lucchesi | | | | | |
| | Betty Go | | | | | |
| | Melissa Geiss | | | | | |
| | Tracie Cahn | | | | | |
| 000003B | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ADP | | | | | |
| | At&T | | | | | |
| | At&T Mobility | | | | | |
| | Aurora Services Inc. | | | | | |
| | Boulder Real Estate Investment Inc. | | | | | |
| | City of Warrenville | | | | | |
| | Commonwealth Edison | | | | | |
| | Commonwealth Edison | | | | | |
| | Diagnos-Techs | | | | | |
| | Direct TV | | | | | |
| | Doctor's Data | | | | | |
| | Genova Diagnostics | | | | | |
| | Harish and Rain Bajaj | | | | | |
| | Hinckley Springs | | | | | |
| | Hopewell Pharmacy | | | | | |
| | Igenex | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Keane Insurance Group | | | | | |
| | Louis Capozzoli | | | | | |
| | Marberry Cleaners | | | | | |
| | Meridian Valley Laboratory | | | | | |
| | Midwest Waste Services | | | | | |
| | Nicor Gas | | | | | |
| | Pitney Bowes | | | | | |
| | Quest Diagnostics | | | | | |
| | Shine-Pro | | | | | |
| | Sierra Integrative Medical-Reno | | | | | |
| | Tel Assist | | | | | |
| 000002 | AIRGAS, INC. | | | | | |
| 000006 | BETTY S. GO | | | | | |
| 000001 | FEDEX CUSTOMER INFROMATION SERV | | | | | |
| 000004 | IKON FINANCIAL SERVICES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003A | ILLINOIS DEPARTMENT OF REVENUE BANK | | | | | |
| 000008 | INTER-TEL NETSOLUTION | | | | | |
| 000007 | NEUROSCIENCE, INC. | | | | | |
| 000005 | PROTECTION ONE | | | | | |
| | BRUCE FONG, DO, PC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

| Case No: | 07-20340 | SQU | Judge: JOHN H. SQUIRES | | Trustee Name: | GINA B. KROL | Exhibit 8 |
|---|---|---|---|---|---|---|---|
| Case Name: | SIERRA INTEGRATIVE MEDICAL CENTER - | | | | Date Filed (f) or Converted (c): | 10/31/07 (f) | |
| | | | | | 341(a) Meeting Date: | 12/04/07 | |
| For Period Ending: 05/08/13 | | | | | Claims Bar Date: | 04/15/09 | |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. UTILITY DEPOSIT (u) | 1,084.36 | 0.00 | | 1,084.36 | FA |
| 2. UTILITY DEPOSIT (u) | 270.07 | 0.00 | | 270.07 | FA |
| 3. BANK ACCONTS | 46,335.00 | 0.00 | | 46,339.57 | FA |
| 4. INSURANCE | 0.00 | 0.00 | | 1,359.54 | FA |
| 5. A/R | 37,556.62 | 37,556.62 | | 0.00 | FA |
| 6. One Table | 100.00 | 100.00 | | 0.00 | FA |
| 7. Postage Meter | 0.00 | 0.00 | | 0.00 | FA |
| 8. Patient & Business Files | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 87.12 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $85,346.05   $37,656.62   $49,140.66   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

All checks have cleared. Trustee to prepare TDR

Initial Projected Date of Final Report (TFR): 12/31/09   Current Projected Date of Final Report (TFR): 05/31/12

       /s/    GINA B. KROL
_____   Date: _____
       GINA B. KROL

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

LFORM1                                                                Ver: 17.01

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 07-20340 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | SIERRA INTEGRATIVE MEDICAL CENTER - | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******0154  Checking Account |
| Taxpayer ID No: | *******1592 | | | |
| For Period Ending: | 05/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 48,777.23 | | 48,777.23 |
| | 09/14/12 | 030001 | GINA B. KROL<br>105 WEST MADISON STREET<br>SUITE 1100<br>CHICAGO, IL 60602-0000 | Chapter 7 Compensation/Fees | 2100-000 | | 5,663.74 | 43,113.49 |
| * | 09/14/12 | 030002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order | 3110-003 | | 5,927.50 | 37,185.99 |
| * | 09/14/12 | 030002 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Fees per Court Order<br>Reversed and reissued in two checks | 3110-003 | | -5,927.50 | 43,113.49 |
| | 09/14/12 | 030003 | Cohen & Krol<br>105 W. Madison Street<br>Suite 1100<br>Chicago, IL 60602 | Attorneys Expenses per Court Order | 3120-000 | | 82.38 | 43,031.11 |
| | 09/14/12 | 030004 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000003B, Payment 100.00000% | 5800-000 | | 1,004.00 | 42,027.11 |
| | 09/14/12 | 030005 | Fedex Customer Infromation Serv<br>Attn Revenue Recovery Bankruptcy<br>2005 Corporate Avenue 2nd Floor<br>Memphis, TN 38132 | Claim 000001, Payment 100.00000% | 7100-000 | | 4,680.48 | 37,346.63 |
| | 09/14/12 | 030006 | Airgas, Inc.<br>P.O. Box 2395<br>Waterloo, IA 60704 | Claim 000002, Payment 100.00000% | 7100-000 | | 1,956.14 | 35,390.49 |
| | 09/14/12 | 030007 | Illinois Department of Revenue Bankruptcy Section<br>P.O. Box 64338<br>Chicago, IL 60664-0338 | Claim 000003A, Payment 100.00000% | 7100-000 | | 57.00 | 35,333.49 |
| | 09/14/12 | 030008 | Ikon Financial Services<br>Bankruptcy Administration | Claim 000004, Payment 100.00000% | 7100-000 | | 10,051.45 | 25,282.04 |

Page Subtotals  48,777.23   23,495.19

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Ver: 17.01

LFORM24

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 07-20340 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SIERRA INTEGRATIVE MEDICAL CENTER - | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******0154  Checking Account |
| Taxpayer ID No: | *******1592 | | |
| For Period Ending: | 05/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/12 | 030009 | P O Box 13708<br>Macon, GA 31208-3708<br>Protection One | Claim 000005, Payment 100.00000% | 7100-000 | | 281.04 | 25,001.00 |
| 09/14/12 | 030010 | c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,Tx 75374<br>Betty S. Go | Claim 000006, Payment 100.00000% | 7100-000 | | 1,359.54 | 23,641.46 |
| 09/14/12 | 030011 | 35 Brookstone Drive<br>Streamwood, IL 60107<br>Neuroscience, Inc. | Claim 000007, Payment 100.00000% | 7100-000 | | 6,593.00 | 17,048.46 |
| 09/14/12 | 030012 | 375 280th Street<br>Osceola, WI 54020<br>Inter-Tel Netsolution | Claim 000008, Payment 100.00000% | 7100-000 | | 482.98 | 16,565.48 |
| 09/14/12 | 030013 | Mitel NetSolutions<br>c/o Legal Dept/Diana Cline<br>7300 W. Boston St<br>Chandler, AZ 85226<br>Bruce Fong, DO, PC | Tardy General Unsecured 726(a)(3) | 7200-000 | | 10,637.98 | 5,927.50 |
| 09/14/12 | 030014 | c/o Mr. Joel Schechter<br>53 W. Jackson Blvd.<br>Suite 1522<br>Chicago, IL 60604<br>Cohen & Krol | Attorney's fees per court order | 3110-000 | | 3,951.66 | 1,975.84 |
| 09/14/12 | 030015 | 105 W. Madison Street<br>Chicago, IL 60602<br>Gina B. Krol | Attorney's fees per court order | 3110-000 | | 1,975.84 | 0.00 |

Page Subtotals      0.00        25,282.04

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Ver: 17.01

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3

Exhibit 9

| | | |
|---|---|---|
| Case No: | 07-20340 -SQU | |
| Case Name: | SIERRA INTEGRATIVE MEDICAL CENTER - | |
| Taxpayer ID No: | *******1592 | |
| For Period Ending: | 05/08/13 | |

| | | |
|---|---|---|
| Trustee Name: | GINA B. KROL | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******0154 Checking Account | |
| Blanket Bond (per case limit): | $ 5,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 48,777.23 | 48,777.23 | 0.00 |
| Less: Bank Transfers/CD's | 48,777.23 | 0.00 | |
| Subtotal | 0.00 | 48,777.23 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 48,777.23 | |

Page Subtotals 0.00 0.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 07-20340 -SQU | Trustee Name: | GINA B. KROL |
|---|---|---|---|
| Case Name: | SIERRA INTEGRATIVE MEDICAL CENTER - | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******4587  BofA - Money Market Account |
| Taxpayer ID No: | *******1592 | | |
| For Period Ending: | 05/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/13/08 | 1 | NICOR<br>P.O. Box 190<br>Aurora, IL  60507-0190 | | 1290-000 | 1,084.36 | | 1,084.36 |
| 03/13/08 | 2 | ComEd<br>P.O. Box 805379<br>Chicago, IL  60680 | | 1290-000 | 270.07 | | 1,354.43 |
| 03/20/08 | 4 | Imperial A.I. Credit Companies<br>Pittsburgh, PA | Insurance Refund | 1129-000 | 1,359.54 | | 2,713.97 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 0.14 | | 2,714.11 |
| 04/03/08 | 3 | Bank of America<br>San Antonio, Texas | Bank Account xxxxx0148 | 1129-000 | 43,080.87 | | 45,794.98 |
| 04/03/08 | 3 | Bank of America<br>San Antonio, TX | Bank Account xxx0151 | 1129-000 | 4.25 | | 45,799.23 |
| 04/03/08 | 3 | Bank of America<br>San Antonio, TX | Bank Account xxxx0164 | 1129-000 | 3,254.45 | | 49,053.68 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.250 | 1270-000 | 9.10 | | 49,062.78 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 6.23 | | 49,069.01 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 6.03 | | 49,075.04 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 6.23 | | 49,081.27 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 6.23 | | 49,087.50 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.150 | 1270-000 | 6.04 | | 49,093.54 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 4.76 | | 49,098.30 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.100 | 1270-000 | 4.02 | | 49,102.32 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 2.48 | | 49,104.80 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 49,105.21 |
| 02/17/09 | 000301 | International Sureties Ltd.<br>Suite 420<br>701 Poydras St.<br>New Orleans, LA 70139 | BOND<br>BOND | 2300-000 | | 38.23 | 49,066.98 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.38 | | 49,067.36 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 49,067.78 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 1.08 | | 49,068.86 |

Page Subtotals   49,107.09   38.23

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

Ver: 17.01

LFORM24

FORM 2

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 07-20340 -SQU | | Trustee Name: | GINA B. KROL |
| --- | --- | --- | --- | --- |
| Case Name: | SIERRA INTEGRATIVE MEDICAL CENTER - | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4587 BofA - Money Market Account |
| Taxpayer ID No: | *******1592 | | | |
| For Period Ending: | 05/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,070.11 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,071.32 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,072.57 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,073.82 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,075.03 |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,076.28 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,077.49 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,078.74 |
| 01/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,079.99 |
| 02/09/10 | 000302 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 36.43 | 49,043.56 |
| 02/26/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.13 | | 49,044.69 |
| 03/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,045.94 |
| 04/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,047.15 |
| 05/28/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,048.40 |
| 06/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,049.61 |
| 07/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,050.86 |
| 08/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,052.11 |
| 09/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,053.32 |
| 10/29/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,054.57 |
| 11/30/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.21 | | 49,055.78 |
| 12/31/10 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,057.03 |
| 01/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.030 | 1270-000 | 1.25 | | 49,058.28 |
| 02/07/11 | 000303 | International Sureties Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | BOND BOND | 2300-000 | | 41.62 | 49,016.66 |
| 02/28/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.38 | | 49,017.04 |
| 03/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.42 | | 49,017.46 |

Page Subtotals  26.65  78.05

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

LFORM24

Ver: 17.01

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-20340 -SQU | | Trustee Name: | GINA B. KROL |
|---|---|---|---|---|
| Case Name: | SIERRA INTEGRATIVE MEDICAL CENTER - | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******4587  BofA - Money Market Account |
| Taxpayer ID No: | *******1592 | | | |
| For Period Ending: | 05/08/13 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 49,017.86 |
| 05/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 49,018.28 |
| 06/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 49,018.68 |
| 07/29/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 49,019.09 |
| 08/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 49,019.51 |
| 09/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 49,019.91 |
| 10/31/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 49,020.33 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 62.45 | 48,957.88 |
| 11/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 48,958.28 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 60.36 | 48,897.92 |
| 12/30/11 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 48,898.33 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 60.29 | 48,838.04 |
| 01/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 48,838.46 |
| 01/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 64.05 | 48,774.41 |
| 02/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.39 | | 48,774.80 |
| 03/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 48,775.21 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 48,775.61 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.41 | | 48,776.02 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.40 | | 48,776.42 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.42 | | 48,776.84 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.39 | | 48,777.23 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 48,777.23 | 0.00 |

| | | Page Subtotals | 6.92 | 49,024.38 |
|---|---|---|---|---|

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*

Ver: 17.01
LFORM24

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| | |
|---|---|
| Case No: | 07-20340 -SQU |
| Case Name: | SIERRA INTEGRATIVE MEDICAL CENTER - |
| Taxpayer ID No: | *******1592 |
| For Period Ending: | 05/08/13 |

| | |
|---|---|
| Trustee Name: | GINA B. KROL |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******4587  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 49,140.66 | 49,140.66 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 48,777.23 | |
| Subtotal | 49,140.66 | 363.43 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 49,140.66 | 363.43 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0154 | 0.00 | 48,777.23 | 0.00 |
| BofA - Money Market Account - ********4587 | 49,140.66 | 363.43 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 49,140.66 | 49,140.66 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: __/s/ GINA B. KROL_____  Date: 05/08/13
GINA B. KROL

Page Subtotals  0.00  0.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 16)*

Ver: 17.01

LFORM24